UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | | |
|---|---|---|
| SORIA, EDUARDO & SOCORRO, individual(s), | ) ) ) | Case No.: 11-CV-00584-LHK |
| Plaintiffs, | ) ) | |
| v. | ) ) | ORDER SETTING BRIEFING SCHEDULE ON REQUEST FOR TEMPORARY RESTRAINING ORDER |
| AURORA LOAN SERVICES, LLC, a Corporation; QUALITY LOAN CORPORATION, a California Corporation, and DOES 1-50, inclusive, | ) ) ) ) ) | |
| Defendants. | ) ) | |

This case was originally filed in the Superior Court for Santa Clara County on January 6, 2011. *See* Dkt. No. 1 (Removal) at 2. On February 8, 2011, defendant Aurora Loan Services, LLC (Aurora) removed the case to this Court on the basis of Plaintiff's claim for violation of the Truth in Lending Act (TILA), 15 U.S.C. § 1601 et seq. On February 14, 2011, Aurora moved to dismiss the Complaint for failure to state a claim. *See* Dkt. No. 8. No proof of service has been filed for defendant Quality Loan Corporation (Quality), and Quality has not appeared in this matter. Today, March 8, 2011, Plaintiff filed a Request for Temporary Restraining Order (TRO), asking the Court to enjoin a foreclosure sale set for March 11, 2011. It appears that Quality has received no notice of Plaintiff's Request for TRO.

1

Case No.: 11-CV-00584-LHK
ORDER SETTING BRIEFING SCHEDULE ON REQUEST FOR TEMPORARY
RESTRAINING ORDER

1   The Court sets the following briefing schedule on Plaintiff's Request for TRO:

2   Aurora shall file any Opposition to this TRO Request by Thursday, March 10, 2011 at 10

3   a.m.

4   **IT IS SO ORDERED.**

5   Dated: March 8, 2011

    _____
    LUCY H. KOH
    United States District Judge

Case No.: 11-CV-00584-LHK
ORDER SETTING BRIEFING SCHEDULE ON REQUEST FOR TEMPORARY
RESTRAINING ORDER