```
1   KENNETH R. GRAHAM, SB #216733
    Law Offices of Kenneth R. Graham
2   1575 Treat Blvd., Suite 105
    Walnut Creek, CA 94598
3   Phone: (925) 932-0170
    Fax: (925) 932-3940
4   Email: kg@elaws.com
5   Attorney for Plaintiffs
```

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SORIA, EDUARDO & SOCORRO, individual(s), <br><br>PLAINTIFFS, <br><br>vs. <br><br>AURORA LOAN SERVICES LLC, a California Corporation, QUALITY LOAN SERVICE CORP.; and DOES 1 through 50, inclusive, <br><br>DEFENDANT(S). | Case No.: CV 11-00584 LHK <br><br>**JOINT STIPULATION CONTINUING HEARING ON DEFENDANT AURORA'S MOTION TO DISMISS COMPLAINT** <br><br>Current Hearing Date: April 28th, 2011 <br>Time: 1:30 PM <br>Courtroom: 4. 5th floor <br><br>Judge: Hon. Lucy H. Koh |

WHEREAS defendant Aurora Loan Services LLC, ("Aurora") has filed a motion to dismiss plaintiffs' complaint, currently set for hearing on April 28th, 2011 at 1:30 p.m. in courtroom 4 of the above-entitled court, located at 280 South 1st Street, San Jose, California 95133, the Honorable Lucy H. Koh, United States District Court Judge presiding.

WHEREAS plaintiffs Eduardo and Socorro Soria, by and through their counsel, have requested a continuance of the hearings on Aurora's motion to allow plaintiffs additional time to explore a loan modification settlement with Aurora and to prepare opposition to the pending motions.

WHEREFORE, the parties, by and through their respective counsel, hereby stipulate to continue the hearing on Aurora's motions for an extension of at least 30 days. The parties ask that a new

1  hearing be set to a date convenient for the Court, but no earlier than May 31st, 2011. The time to file any opposition and reply briefs shall be based on the continued hearing date.

2

3  IT IS SO STIPULATED.

4

5  Dated: March 23, 2011

6                                             Respectfully,

7                                    Law Offices of Kenneth R. Graham

8

9                                    By:    /s/ Kenneth R. Graham
                                            KENNETH R. GRAHAM
10                                          Attorney for Plaintiffs
                                            Eduardo and Socorro Soria
11

12  Dated: March 23, 2011

13                                             Respectfully,

14                                   Wright, Finlay and Zak, LLP.

15

16                                   By:    /s/ Lukasz I. Wozniak
                                            LUKASZ I. WOZNIAK
17                                          Attorney for Defendant
                                            Aurora Loan Services, LLC
18

19

20

21

22

23

24

25

26

27

28

Request to Continue Hearing on Defendant Aurora's Motion to Dismiss Complaint; ~~Propose~~d Order

2

CV 11-00584 LHK

[~~PROPOSED~~] **ORDER**

The Court having read the parties' Request to Continue the hearing,

IT IS HEREBY ORDERED that:

1. The Hearing for Defendant Aurora's Motion to Dismiss Plaintiff's Complaint is rescheduled to:

    a. Date: June 16, 2011

    b. Time: 1:30 p.m.

    c. Place: Courtroom 4, 5th Floor, San Jose Courthouse

    d. To be followed by a Case Management Conference, with a Joint Case Management Statement due June 9, 2011

IT IS SO ORDERED.   <u>Requests for further continuances will be disfavored.</u>

DATED: March 25, 2011          By: *Lucy H. Koh*

JUDGE OF THE NORTHERN DISTRICT OF CALIFORNIA

Request to Continue Hearing on Defendant Aurora's Motion to Dismiss Complaint; ~~Proposed~~ Order

CV 11-00584 LHK