KENNETH R. GRAHAM (SBN 216733)
Law Offices of Kenneth R. Graham
1575 Treat Blvd., Suite 105
Walnut Creek, CA 94598
Tel: (925) 932-0170; Fax: (925) 932-3940
Email: kg@elaws.com
Attorney for Plaintiffs,
EDUARDO SORIA and SOCORRO SORIA

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SORIA, EDUARDO & SOCORRO, individual(s), <br><br> PLAINTIFFS, <br> vs. <br><br> AURORA LOAN SERVICES, LLC, a Corporation; QUALITY LOAN CORPORATION, a California Corporation, and DOES 1-50, inclusive, <br><br> DEFENDANT(S). | Case No.: CV 11-00584 EJD <br><br> Assigned to: Hon. Edward J. Davila <br><br> [~~PROPOSED~~] **ORDER FOR PLAINTIFFS' VOLUNTARY DISMISSAL WITH PREJUDICE** <br><br> **[F.R.C.P. 41(a)]** <br><br> Complaint filed: January 6, 2011 |

The above captioned case being voluntarily dismissed with prejudice, the pending Motions to Dismiss are DENIED as Moot. The Clerk is ordered to close the case.

IT IS SO ORDERED.

Dated: APRIL 29, 2011

*/s/ Edward J. Davila*
EDWARD J. DAVILA
UNITED STATES DISTRICT JUDGE

[Proposed] Order for Plaintiff's Voluntary Dismissal With Prejudice - 1 -